AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Smith, Darrell | Case Number: 4:22-cr-00227-01-JM |
| | USM Number: 15660-510 |
| Date of Original Judgment: 5/25/2023 (Or Date of Last Amended Judgment) | Robert Tellez  Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.

X GRANTED and the defendant's previously imposed sentence of imprisonment of __100__ months is reduced to __87 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __27__    Amended Offense Level: __27__

Criminal History Category: __IV__    Criminal History Category: __III__

Previous Guideline Range: __100__ to __120__ months    Amended Guideline Range: __87__ to __108__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __5/25/2023__ shall remain in effect.

**IT IS SO ORDERED.**

__11/28/2023__
Order Date

Signature of Judge

__February 1, 2024__
Effective Date (if delayed)

U.S. District Judge James M. Moody, Jr.
Name and Title of Judge